August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

**BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC,**
Appellants

NO. 14-12-00247-CV                          V.

**MBI GLOBAL, INC., Appellee**

_____

Today the Court heard appellants' unopposed joint motion to consolidate this cross-appeal from the judgment signed by the court below on December 9, 2012, into appeal No. 14-12-00246-CV. Having considered the motion and found it meritorious, we grant the motion and consolidate No. 14-12-00246-CV and No. 14-12-00247-CV for all purposes. The issues, records, and documents filed in cause number 14-12-00247-CV are consolidated into cause number 14-12-00246–CV. The consolidated appeals shall proceed under appeal number 14-12-00246-CV, and appeal number 14-12-00247-CV is hereby **DISMISSED**.

We further order that appellants shall pay their costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.